COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-13-00373-CR

Style:      Norma Jean Clark

     **v** The State of Texas

Date motion filed[*]:      December 27, 2013

Type of motion:      Final Motion to Extend Time to File Appellant's Brief Due to Extraordinary Circumstances

Party filing motion:      Appellant

Document to be filed:      Appellant's brief

If motion to extend time:

     Original due date:      September 13, 2013

     Number of extensions granted:      3      Current Due date: December 20, 2013

     Date Requested:      January 26, 2014

Ordered that motion is:

     ☑      Granted

     If document is to be filed, document due: February 21, 2014

     ☑      No further extensions of time will be granted

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

**If appellant's brief is not filed with the Clerk of this Court by February 21, 2014, this appeal will be abated for a hearing pursuant to Texas Rule of Appellate Procedure 38.8. TEX. R. APP. P. 38.8(b)(2), (3).**

Judge's signature: /s/ Sherry Radack _____

     ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: February 11, 2014 _____

November 7, 2008 Revision